UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ASHLEY SUMMERS, as surviving spouse )<br>of STEVEN SUMMERS, as Personal )<br>Representative of ESTATE OF STEVEN )<br>SUMMERS, as parent, guardian and next )<br>friend of the minor children, A.S. and M.S., )<br>                                                              )<br>           Plaintiff,               )   Docket no. 2:16-cv-590-GZS<br>                                                              )<br>v.                                                           )<br>                                                              )<br>EAGLE MANUFACTURING CO.,     )<br>                                                              )<br>                                                              )<br>           Defendant.            ) | |

**ORDER ON DEFENDANT'S MOTION FOR SEPARATE TRIALS**

In this wrongful death action, Defendant has moved for separate trials on liability and damages and to limit discovery "during the initial phase of the case . . . to issues relating to potential liability." (Def.'s Mot. for Separate Trials (ECF No. 17), Page ID # 76.)  After considering Defendant's Motion, Plaintiff's Response (ECF No. 27), and Defendant's Reply (ECF No. 32), the Court determines, for the reasons cogently outlined by Plaintiff, that bifurcation of trial would be premature at this point in the litigation and that it would thus be inappropriate and inefficient to limit discovery in the manner requested by Defendant.  The Court notes that the deadline for completion of discovery has already been extended to August 7, 2017.  (See Report of Hr'g and Order Re: Status (ECF No. 26), Page ID # 102.)  The Court therefore DENIES WITHOUT PREJUDICE Defendant's Motion with the understanding that Defendant may refile a motion for separate trials once discovery is completed if Defendant so wishes.

SO ORDERED.

                                                   /s/ George Z. Singal
                                                   United States District Judge

Dated this 20th day of March, 2017.